# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-19-00340-CV

### In re Dr. Deborah D. Nance, Trustee for the John Reynolds Family Trust

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Dr. Deborah D. Nance, Trustee for the John Reynolds Family Trust, has filed an unopposed motion to dismiss this mandamus proceeding.  Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed:  January 16, 2020